**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 03-cv-01701-LTB

MARLENE GOULD,

      Plaintiff,

v.

STAFFING CONNECTION, LTD., and
HOWARD EHRLICH, an individual,

      Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER comes before the Court, sua sponte for review.  An Order to Show Cause was issued on September 11, 2006 giving Plaintiff up to and including September 22, 2006 to show cause why this matter should not be dismissed for failure to prosecute.  To date no response has been filed or good cause shown.  It is therefore

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge

Dated:  September 27, 2006